No. 352. V. LOEWERS GAMBRINUS BREWERY Co. *v.* ANDERSON, COLLECTOR. October 20, 1930. The petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted, limited to the question

whether the petitioner is entitled to any deduction for obsolescence of its tangible property in the taxable years 1918 and 1919 under § 234 (a) (7) of the Revenue Act of 1918. *Messrs. Arthur B. Hyman* and *Karl D. Loos* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch,* and *Norman D. Keller* for respondent.